1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

12
13
14
15
16
17

MALIKA BAILEY,

       Petitioner,

    v.

CCWF WARDEN,

       Respondent.

No. 2:23-cv-09826-JFW-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

18
19
20
21
22
23

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, the Magistrate Judge's Report and Recommendation, and Petitioner's Objections to the Report and Recommendation. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the recommendations of the Magistrate Judge.

24
    ACCORDINGLY, IT IS ORDERED:

25
    1.    The Report and Recommendation is accepted.

26
    2.    Defendant's Motion to Dismiss (ECF 11) is granted.

27
    3.    Judgment shall be entered dismissing this action with prejudice.

28

1          4.     The Court Clerk shall serve this Order and the Judgment on all

2    counsel or parties of record.

3

4    DATED:  _____April 11, 2024_____

5                                          _____

6                                          HONORABLE JOHN F. WALTER
                                           UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                       2