JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MALIKA BAILEY,<br><br>    Petitioner,<br><br>    v.<br><br>CCWF WARDEN,<br><br>    Respondent. | No. 2:23-cv-09826-JFW-BFM<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is denied and the action is dismissed with prejudice.

DATED: April 11, 2024

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE